IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BARRETT R. ROCHMAN,

Defendant.                                        Case No. 13-cr-30222-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter was referred to United States Magistrate Judge Stephen C. Williams for the specific purpose of conducting a change of plea for defendant Barrett R. Rochman, pursuant to 28 U.S.C. § 636, LOCAL RULE 72.1(b)(2) and defendant Rochman (Doc. 5). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on October 17, 2013 (Doc. 4). During the change of plea, defendant Rochman pled guilty to Count I of the Information following a thorough colloquy with Judge Williams. Thereafter, Judge Williams issued a Report and Recommendation ("the Report") recommending that the Court accept defendant Rochman's plea of guilty (Doc. 11).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, based on the record in the case, the recommendation of the Magistrate Judge, the consent of the defendant to plead before the magistrate without subsequent

objection, it is the finding of the Court in the case of *United States v. Barrett R. Rochman*, that defendant Rochman was fully competent and capable of entering an informed plea, that defendant Rochman was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** defendant Barrett R. Rochman **GUILTY** on the charges in the Information. The Court **REMINDS** the parties that this matter is set for sentencing on February 21, 2014, at 10:00 a.m.

**IT IS SO ORDERED.**

Signed this 6th day of November, 2013.

David R. Herndon
2013.11.06
14:18:10 -06'00'

**Chief Judge
United States District Court**